NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUTAMAX(TM) ADVANCED BIOFUELS LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**E.I. DUPONT DE NEMOURS AND CO.,**
*Counterclaim Defendant,*

v.

**GEVO, INC.,**
*Defendant/Counterclaimant-
Cross Appellant.*

---

2012-1490, -1508

---

Appeals from the United States District Court for the District of Delaware in case no. 11-CV-0054, Judge Sue L. Robinson.

---

**ON MOTION**

---

Before PROST, MAYER, and REYNA, *Circuit Judges.*

PROST, *Circuit Judge.*

**ORDER**

Gevo, Inc. moves for a stay, pending appeal, of the injunction entered by the United States District Court for the District of Delaware. Butamax™ Advanced Biofuels LLC opposes.

In deciding whether to grant a stay or injunction, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. Dupont de Nemours & Co. v. Phillips Petroleum Co.*, 835 F.2d 277, 278 (Fed. Cir. 1987); *see also Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511 (Fed. Cir. 1990). To prevail, a movant must establish a strong likelihood of success on the merits or, failing that, must demonstrate that it has a substantial case on the merits and that the harm factors militate in its favor. *Hilton v. Braunskill*, 481 U.S. 770, 778 (1987).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Leora Ben-Ami, Esq.
    Gerald J. Flattmann, Jr., Esq.

s26



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2012

JAN HORBALY
CLERK